JUSTICE COTTER,
specially concurring.
¶151 I concur in Justice Nelson’s conclusion that now, rather than later, is an appropriate time to clear up the inconsistencies in our Lenihan jurisprudence. Therefore, I join in the discussion and proposed resolution set forth in ¶¶ 45-106 of Justice Nelson’s Special Concurrence. I write separately to note that I concurred with the Court’s resolution in State v. Micklon, 2003 MT 45, 314 Mont. 291, 65 P.3d 559, on the grounds that since it was Micklon who initiated the request for leniency as to the restitution requirements, he should not now be heard to quarrel with the result. I still believe this is so. However, to the extent that our decision in Micklon might be construed to preclude a Lenihan challenge under other circumstances, I would agree that the conclusion reached by Justice Nelson in ¶ 101 is legally correct.